UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., A MINOR, THROUGH HIS COURT APPOINTED GUARDIAN AD LITEM CATHERINE HANES, AND JOYCE SHELTON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 5:24-cv-00087-KK-SP<br><br>**ORDER GRANTING STIPULATION FOR CHANGE OF DISMISSAL ORDER TO A DISMISSAL *WITH* PREJUDICE**<br><br>Honorable Kenly Kiya Kato<br>United States District Judge |

Upon consideration of the Stipulation for Change of Dismissal Order to a Dismissal *with* Prejudice, entered into by Plaintiffs C.S., a Minor, Through His Court Appointed Guardian Ad Litem Catherine Hanes and Joyce Shelton (collectively the "Plaintiffs") and defendant the United States of America (collectively with the Plaintiffs, the "Parties"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Stipulation for Change of Dismissal Order to a Dismissal *with* Prejudice is approved;
2. Defendant the United States of America is DISMISSED from lawsuit *with* prejudice; and
3. The Parties shall each bear their own costs, fees, and expenses.

Dated: March 12, 2025

_____
Honorable Kenly Kiya Kato
United States District Judge

1